■ In the Matter of REGINALD McFADDEN, Petitioner, v DONALD VENETTOZZI, as Acting Director of Special Housing and Inmate Disciplinary Programs, et al., Respondents. [45 NYS3d 822]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier III determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account.

Given that petitioner has received all of the relief to which he is entitled, the petition must be dismissed as moot (*see Matter of James v Prack*, 137 AD3d 1390, 1391 [2016]).

McCarthy, J.P., Garry, Lynch, Rose and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.